**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　Carl Lee,<br>　　　　　　Debtor. | Chapter 13 |
| Carrington Mortgage Services, LLC,<br>　　　　　　Movant,<br>vs.<br>Carl Lee,<br>　　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　　Trustee / Respondent. | Case No.: 16-18536-jkf<br><br>Hearing Date: April 18, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom 3 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　Carrington Mortgage Services, LLC has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 29, 2018**, you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　United States Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Office of the Clerk
　　　　　　900 Market Street
　　　　　　Philadelphia, PA 19107

　　　　(b)　　mail a copy to the Movant's attorney:

　　　　　　Matthew C. Waldt, Esquire
　　　　　　Milstead & Associates, LLC
　　　　　　1 East Stow Road
　　　　　　Marlton, NJ 08053

      Phone No.: 856-482-1400
      Fax No.: 856-482-9190

 (c) mail a copy to the Chapter 13 Trustee:

      Frederick L. Reigle
      Chapter 13 Trustee
      2901 St. Lawrence Avenue
      P.O. Box 4010
      Reading, PA 19606

 2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

 3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **April 18, 2018 at 9:30 a.m.** in Courtroom 3, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

 4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

      Respectfully submitted,
      MILSTEAD & ASSOCIATES, LLC

DATED: March 12, 2018

       /s/Matthew C. Waldt
      Matthew C. Waldt, Esquire
      mwaldt@milsteadlaw.com
      Attorney ID No. 203308
      1 East Stow Road
      Marlton, NJ 08053
      Attorneys for Movant