## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Carl Lee,<br><br>                    Debtor | Chapter 13<br><br>Case No.: 16-18536-jkf |
| Carrington Mortgage Services, LLC,<br>                    Movant,<br>vs.<br>Carl Lee,<br>                    Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                    Trustee / Respondent. | |

## ORDER

AND NOW, this 23rd day of April, 2018, it is hereby ORDERED that the Stipulation of Settlement filed on April 18, 2018 with regard to the above matter is APPROVED.

_____
Hon. Jean K. FitzSimon, U.S.B.J.

214846-10