**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　Carl Lee,<br>　　　　　　Debtor. | Chapter 13 |
| Carrington Mortgage Services, LLC,<br>　　　　　　Movant,<br>vs.<br>Carl Lee,<br>　　　　　　Debtor / Respondent,<br>and<br>Scott Waterman,<br>　　　　　　Trustee / Respondent. | Case No.: 16-18536-jkf |

## CERTIFICATE OF DEFAULT

　　The undersigned, attorney for Carrington Mortgage Services, LLC ("Movant"), hereby certifies that Debtor has defaulted upon the terms of that certain Stipulation in Settlement of Motion for Relief from Automatic Stay approved by the Court on April 23, 2018. It is further certified that the attached notice dated February 27, 2019, was served upon the Debtor and Debtor's attorney on the date appearing on said notice. Debtor has failed to cure the default as stated in the notice and any amounts that may have come due in the normal course following said notice. Accordingly, Movant respectfully requests the Court enter an Order granting Movant relief from the automatic stay with respect to real property of the Debtor known as and located at 4243 Elsinore Street, Philadelphia, PA 19124.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED: April 5, 2019　　　　　　　　　　　/s/Andrew M. Lubin
　　　　　　　　　　　　　　　　　　　　Andrew M. Lubin, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID No. 54297
　　　　　　　　　　　　　　　　　　　　alubin@milsteadlaw.com
　　　　　　　　　　　　　　　　　　　　1 East Stow Road
　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant