UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 16-18536 |
| Carl Lee | : | |
| | : | |
| Debtor | : | Chapter 13 |

### RESPONSE OF CARL LEE TO THE CERTIFICATE OF DEFAULT

Carl Lee, through the undersigned counsel denies that the he is delinquent in the sum in excess of $16,219.06. By way of further answer, my clients March 18, 2019 mortgage statement attached hereto and labeled as Exhibit "A" lists a delinquency in the total sum $11,891.84. Lastly, over the past year my client has endured repeated thefts which rendered him financially unable to stay current with his mortgage obligations.

WHEREFORE, Carl Lee, respectfully request that this Court deny an Order Granting Relief from the Automatic Stay.

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008
Attorney for Debtor

Dated: April 9, 2019